UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60114-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DERRICK THOMAS,
    Defendant.
_____/

## *ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS*

**THIS CAUSE** comes before the court upon the Report and Recommendation of a United States Magistrate on the defendants' motion to suppress evidence [DE 30]. In accordance with 28 U.S.C. §636(b)(1)(C), the court carefully reviewed the objection. Having made a *de novo* review with respect to those portions of the report to which written formal objections were lodged, the court is in complete accord with the Magistrate's findings of fact and conclusions of law as set out in the Report and Recommendation and finds the resolution of the issues as recommended by the Magistrate Judge to be sound and well-reasoned and accordingly will adopt the recommended disposition of the motion.

It is therefore **ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, [DE #44], upon defendant's motion to suppress is **ADOPTED** and **INCORPORATED** in full.

2. The defendants' motion to suppress, [DE #30], is **DENIED**.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 30th day of Sept., 2011.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Mark Dispoto
AFPD Lori E. Barrist

Daniel T. K. Hurley
United States District Judge